

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed September 19, 2012**

---

MTDZ  0013.000750A

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **IN RE:** | |
| **ALLEN RAY TAYLOR** | **CASE NO: 11-70471-HDH-13** |
| **CANDIE DEANNE TAYLOR** | **DATED: September 19, 2012** |
| | **HEARING DATE: August 15, 2012** |

**ORDER DISMISSING CASE PURSUANT TO AGREED ORDER**

   Pursuant to the Agreed Order entered on AUGUST 17, 2012 providing that, if the above Debtor(s) does/do not BECOME COMPLETELY CURRENT OR CONVERT BY SEPTEMBER 18, 2012, the case would be Dismissed without further notice to the Debtor(s).  Debtor(s) has/have failed to COMPLY WITH THE AGREED ORDER.

   It is therefore ORDERED that the above styled and numbered case is hereby DISMISSED.

   It is further ORDERED that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

 /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424